**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,Plaintiff-Applicant,v.TWS FINANCIAL, LLC,Defendant. | Case No. 13-01152-ess (SIPA) |

### STIPULATION AND ORDER REGARDING DISCOVERY

The Securities Investor Protection Corporation ("SIPC" or the "Trustee"), as trustee for the liquidation of the business of TWS Financial, LLC ("TWS"), under the Securities Investor Protection Act of 1970, as amended, 15 U.S.C. §§ 78aaa–78*lll* ("SIPA"), and claimants Jerzy J. Mendelka, NDV Investment Company, Ryna Capital, Inc., and JM Property Sp.Z.O.O.Sp.K. (the "Claimants"), hereby stipulate and agree to the following schedule and procedures governing discovery related to the Claimants' claims numbered 39, 40, 41, 43, 44, and 45 and *Opposition to Trustee's Determination of Claims* [ECF No. 40], subject to approval and entry by the Court:

1. All discovery will be commenced in time to be completed by April 2, 2015.

2. The Trustee will serve discovery requests by October 23, 2014. Responses are due 45 days after service. Electronic files will be produced in native format.

3. The Trustee may submit a maximum of 25 interrogatories, including discrete subparts. Responses are due 45 days after service.

4. The Trustee may submit a maximum of 25 requests for admission. Responses are due 45 days after service.

5. The Trustee may request a maximum of five depositions. Each deposition will be limited to a maximum of seven hours (fourteen hours if a translator is needed) unless extended by agreement of the parties. The Trustee will provide at least 45 days' notice for each deposition. Depositions will be held in New York, NY, unless the parties agree to a different location.

6. Reports from retained experts are due January 30, 2015.

7. All potentially dispositive motions must be filed by May 1, 2015.

8. The Court will hold a pre-trial conference on January 22, 2015, at 3:00 pm at the United States Bankruptcy Court, 271-C Cadman Plaza East, Courtroom 3585, Brooklyn, New York, 11201, or at such other date, time, or location as the Bankruptcy Court may direct.

| | |
|---|---|
| Dated: New York, NY<br>October 6, 2014 | Dated: Washington, D.C.<br>October 6, 2014 |
| LAW OFFICE OF ELZBIETA KURKOWSKI, Attorney for Jerzy J. Mendelka, NDV Investment Company, Ryna Capital, Inc., and JM Property Sp.Z.O.O.Sp.K. | SECURITIES INVESTOR PROTECTION CORPORATION, Trustee for the Liquidation of TWS Financial, LLC |
| By:  s/ Elzbieta Kurkowski<br>Elzbieta Kurkowski, Esq.<br>535 Fifth Avenue<br>4th Floor<br>New York, NY 10017<br>Telephone: (212) 983-0662<br>E-mail: elakurkow@aol.com | By:  s/ Nathanael S. Kelley<br>Nathanael S. Kelley, Esq.<br>Assistant General Counsel<br>805 15th Street, N.W.<br>Suite 800<br>Washington, D.C. 20005<br>Telephone: (202) 371-8300<br>E-mail: nkelley@sipc.org |

**IT IS SO ORDERED.**



**Dated: Brooklyn, New York**
**October 6, 2014**

_____
**Elizabeth S. Stong**
**United States Bankruptcy Judge**