**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　Plaintiff-Applicant,<br><br>　　v.<br><br>TWS FINANCIAL, LLC,<br><br>　　　　　　　Defendant. | Case No. 13-01152-ess (SIPA) |

## SECOND AMENDED STIPULATION AND
## <u>ORDER REGARDING DISCOVERY</u>

The Securities Investor Protection Corporation ("SIPC" or the "Trustee"), as trustee for the liquidation of the business of TWS Financial, LLC ("TWS"), under the Securities Investor Protection Act of 1970, as amended, 15 U.S.C. §§ 78aaa–78*lll* ("SIPA"), and claimants Jerzy J. Mendelka, NDV Investment Company, Ryna Capital, Inc., and JM Property Sp.Z.O.O.Sp.K. (the "Claimants"), hereby stipulate and agree to the following amended schedule and procedures governing discovery related to the Claimants' claims numbered 39, 40, 41, 43, 44, and 45 and *Opposition to Trustee's Determination of Claims* [ECF No. 40], subject to approval and entry by the Court:

1. All discovery will be commenced in time to be completed by May 18, 2015.

2. Reports from retained experts are due April 13, 2015.

3. A date for filing any potentially dispositive motions ***may*** ~~will~~ be set following the close of discovery.

| | |
|---|---|
| Dated: New York, NY<br>February 20, 2015 | Dated: Washington, D.C.<br>February 20, 2015 |
| LAW OFFICE OF ELZBIETA KURKOWSKI, Attorney for Jerzy J. Mendelka, NDV Investment Company, Ryna Capital, Inc., and JM Property Sp.Z.O.O.Sp.K. | SECURITIES INVESTOR PROTECTION CORPORATION, Trustee for the Liquidation of TWS Financial, LLC |
| By: s/ *Elzbieta Kurkowski*<br>Elzbieta Kurkowski, Esq.<br>535 Fifth Avenue<br>4th Floor<br>New York, NY 10017<br>Telephone: (212) 983-0662<br>E-mail: elakurkow@aol.com | By: s/ *Nathanael S. Kelley*<br>Nathanael S. Kelley, Esq.<br>Assistant General Counsel<br>805 15th Street, N.W.<br>Suite 800<br>Washington, D.C. 20005<br>Telephone: (202) 371-8300<br>E-mail: nkelley@sipc.org |

**IT IS SO ORDERED.**

**Dated: Brooklyn, New York**
**March 12, 2015**

_____
**Elizabeth S. Stong**
**United States Bankruptcy Judge**