**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---

|  |  |  |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 13-01152-ess (SIPA) |
| Plaintiff-Applicant, | | |
| v. | | |
| TWS FINANCIAL, LLC, | | |
| Defendant. | | |

---

### THIRD AMENDED STIPULATION AND
### <u>ORDER REGARDING DISCOVERY</u>

The Securities Investor Protection Corporation ("SIPC" or the "Trustee"), as trustee for the liquidation of the business of TWS Financial, LLC ("TWS"), under the Securities Investor Protection Act of 1970, as amended, 15 U.S.C. §§ 78aaa–78*lll* ("SIPA"), and claimants Jerzy J. Mendelka, NDV Investment Company, Ryna Capital, Inc., and JM Property Sp.Z.O.O.Sp.K. (the "Claimants"), hereby stipulate and agree to the following amended schedule and procedures governing discovery related to the Claimants' claims numbered 39, 40, 41, 43, 44, and 45 and *Opposition to Trustee's Determination of Claims* [ECF No. 40], subject to approval and entry by the Court:

1. All discovery will be commenced in time to be completed by May 27, 2015.

2. The Court will hold a *__continued__* pre-trial conference on May 28, 2015, at 11:00 am at the United States Bankruptcy Court, 271-C Cadman Plaza East, Courtroom 3585, Brooklyn, New York, 11201, or at such other date, time, or location as the Bankruptcy Court may direct.

| | |
|---|---|
| Dated: New York, NY<br>April 22, 2015 | Dated: Washington, D.C.<br>April 22, 2015 |
| LAW OFFICE OF ELZBIETA KURKOWSKI, Attorney for Jerzy J. Mendelka, NDV Investment Company, Ryna Capital, Inc., and JM Property Sp.Z.O.O.Sp.K. | SECURITIES INVESTOR PROTECTION CORPORATION, Trustee for the Liquidation of TWS Financial, LLC |
| By: s/ *Elzbieta Kurkowski*<br>Elzbieta Kurkowski, Esq.<br>535 Fifth Avenue<br>4th Floor<br>New York, NY 10017<br>Telephone: (212) 983-0662<br>E-mail: elakurkow@aol.com | By: s/ *Nathanael S. Kelley*<br>Nathanael S. Kelley, Esq.<br>Assistant General Counsel<br>805 15th Street, N.W.<br>Suite 800<br>Washington, D.C. 20005<br>Telephone: (202) 371-8300<br>E-mail: nkelley@sipc.org |

IT IS SO ORDERED.

Dated: Brooklyn, New York
April 22, 2015

**Elizabeth S. Stong**
**United States Bankruptcy Judge**