**SECURITIES INVESTOR PROTECTION CORPORATION**
Trustee for the Liquidation of TWS Financial, LLC
805 15th Street, NW, Suite 800, Washington, DC 20005
Telephone: (202) 371-8300
Facsimile: (202) 371-6728

May 20, 2015

**VIA ECF and FEDERAL EXPRESS**

Honorable Elizabeth S. Stong
United States Bankruptcy Court, Eastern District of New York
Conrad B. Duberstein Courthouse
271 Cadman Plaza East – Suite 1595
Brooklyn, NY 11201-1800

Re:  **Securities Investor Protection Corporation v. TWS Financial, LLC,**
     **Docket No. 13-01152-ess (SIPA) (Bankr. EDNY)**

Dear Judge Stong:

      I write on behalf of the Securities Investor Protection Corporation, as Trustee for the liquidation of TWS Financial, LLC, to request a telephonic appearance. The Court currently has a pre-trial conference scheduled for May 28, 2015 at 11 am to review the progress of discovery regarding the *Opposition to Trustee's Determination of Claims* [ECF No. 40], which objects to the Trustee's determination denying the claims numbered 39, 40, 41, 43, 44, and 45 filed by Jerzy J. Mendelka, NDV Investment Company, Ryna Capital, Inc., and JM Property SP. Z.O.O. SP. K. in this liquidation.

      Because the Trustee is located in the District of Columbia, any in-person attendance at the May 28th hearing would require a special trip to Brooklyn for what we anticipate will be a short hearing. Accordingly, I respectfully request that the Court allow me, on behalf of the Trustee, to appear at the May 28th hearing telephonically.

      Thank you for your consideration in this matter.

      Respectfully submitted,

      *s/ Nathanael S. Kelley*

      Nathanael S. Kelley
      Assistant General Counsel